**Electronically Filed
Supreme Court
SCWC-24-0000300
29-SEP-2025
09:07 AM
Dkt. 7 ODAC**

SCWC-24-0000300

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

J.W.,
Petitioner/Petitioner-Appellee,

vs.

R.E.,
Respondent/Respondent-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000300; CASE NO. 1PP151006391)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Kawashima, in place of Recktenwald, C.J., recused)

Petitioner JW's Application for Writ of Certiorari,

filed on August 20, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 29, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ James S. Kawashima

